IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ANTHONY ISBY**                        **PETITIONER**

**v.**                        **Cause No. 1:21-CV-187-SA-DAS**

**COMMISSIONER OF THE MISSISSIPPI
DEPARTMENT OF CORRECTIONS
And ATTORNEY GENERAL OF THE
STATE OF MISSISSIPPI**                        **RESPONDENTS**

## ORDER DIRECTING STATE TO RESPOND

Anthony Isby, through counsel, has filed a petition for relief under 28 U.S.C. § 2254. It is

**ORDERED:**

1. That no later than sixty (60) days from today's date, Respondents, through the Attorney General of the State of Mississippi, file an answer to this action, along with full and complete transcripts of all relevant proceedings in the state courts of Mississippi arising from the subject charge (to the extent such are relevant to the State's response and not already part of the record in this case).

2. That within twenty-one (21) days of service upon him of a copy of Respondent's answer, Petitioner may file his traverse or reply to the allegations contained in such answer.

3. The Clerk of this Court will serve by email (Return Receipt, High Importance) a copy of the Petition, this Order, acknowledgment of service of process form, and any other initial filings, upon the Attorney General of the State of Mississippi, or lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The Respondents must electronically file the completed acknowledgment of service of process form upon receipt.

SO ORDERED, this the 22nd day of March, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE